FILED

12/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0449

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0449

**JOSEPH and SHARLENE LOENDORF; ABRAM and KATHY STEVENS,**

    **Plaintiffs and Appellee,**

**vs.**

**EMPLOYERS MUTUAL CASUALTY COMPANY, a foreign corporation,**

    **Defendant and Appellant.**

## ON APPEAL FROM THE MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## HONORABLE GREGORY R. TODD
## YELLOWSTONE COUNTY CAUSE NO. DV-20-0366

## GRANT OF EXTENSION

Pursuant to authority granted under the Montana Rules of Appellate Procedure 26(a), Appellees Joseph and Sharlene Loendorf and Abram and Kathy Stevens are given an extension of time until January 24, 2022, to prepare, file and serve the Appellee's Answer Brief.

Dated this _____ day of December, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 9 2021